IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COACH, INC. and<br>COACH SERVICES, INC.,<br><br> Plaintiffs<br><br>VS.<br><br>TRENDY TEXAS, LLC, BAIG<br>MAHMOOD, AN INDIVIDUAL AND<br>MIRZA MOHAMMAD DAWOOD BAIG,<br><br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CV-NO: 4:16-cv-3150<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFFS' MOTION FOR DISTRICT CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT TRENDY TEXAS, LLC

**TO THE CLERK OF THE COURT:**

Under Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Coach, Inc. and Coach Services, Inc. ("Plaintiffs"), request the District Clerk's entry of default against Defendant Trendy Texas, LLC for failure to plead in response to or otherwise defend against Plaintiffs' First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure Rule 12.

As evidenced by the Proofs of Service on file with this Court, Plaintiffs served Trendy Texas, LLC with the First Amended Complaint on May 10, 2017. Since then, Trendy Texas, LLC has not filed an answer or other response to the First Amended Complaint.

Accordingly, Plaintiffs request the District Clerk's entry of default against Trendy Texas, LLC. This request is supported by the concurrently filed Affidavit of John R. Nelson, as well as by the First Amended Complaint and all other papers on file with this Court in this matter.

AUS 698859

Respectfully submitted,

_____
John R. Nelson
Texas Bar No. 00797144
Locke Lord LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4868 Direct
(512) 305-4800 Fax
jnelson@lockelord.com

*Attorney for Plaintiffs Coach Inc. and Coach Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2017, a true and correct copy of the foregoing document has been served via certified mail upon Trendy Texas, LLC through its owner:

Mahmood Baig
Owner
Trendy Texas, LLC
7171 Harwin Drive, Suite 103
Houston, TX 77036

_____
John R. Nelson