UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC., *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-3150 |
| | § | |
| TRENDY TEXAS, LLC, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**PERMANENT INJUNCTION**

Pursuant to the memorandum opinion and order issued on this date, defendant Trendy Texas, LLC is **PERMANENTLY ENJOINED** and restrained from:

1. imitating, copying, or making any other infringing use or infringing distribution of all items or things protected by plaintiffs Coach, Inc. and Coach Services, Inc.'s (collectively, "Coach") registered trademarks and service marks, including, but not limited to, the following Trademark Registration Nos.:

    2,088,706; 3,157,972; 751,493; 2,451,168; 4,105,689; 2,537,004;
    1,846,801; 3,439,871; 2,231,001; 3,354,448; 2,446,607; 2,291,341;
    1,071,000; 3,633,302; 4,168,626; 4,296,584; 3,413,536; 2,534,439;
    3,363,873; 2,252,847; 2,291,368; 2,534,429; 2,169,808; 2,045,676;
    1,070,999; 1,309,779; 2,035,056; 2,626,565; 2,822,318; 2,832,589;
    2,592,963; 2,822,629; 4,365,898; 3,396,554; 3,784,814; 4,365,899;
    4,105,636; 4,391,741; 4,296,582; 4,359,191; 3,251,315; 3,338,048;
    3,149,330; 2,162,303; 4,334,351; 3,685,590; 2,088,707; 4,744,715;
    4,744,716; 4,744,718; 4,744,719; 4,744,720; 4,744,721; 4,814,094;
    4,754,870; and

    any other items or things that are protected now or in the future by Coach's trademarks;

2. imitating, copying, or making any other infringing use or infringing distribution of all items or things protected by Coach's registered copyrights, including, but not limited to, the following Copyright Registration Nos.: VA000704542; VA0001228917; VA0001694574; and VA0001714051; and any other items or things that are protected now or in the future by Coach's copyrights;

3. manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Coach's registered trademarks or service marks, including but not limited to, the Trademark and Service Mark Registration Nos. listed above;

4. using any simulation, reproduction, counterfeit, copy, or colorable imitation of Coach's registered trademarks or service marks including, but not limited to, the Trademark and Service Mark Registration Nos. listed above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any item or thing not authorized or licensed by Coach;

5. using any false designation of origin or false description which can or is likely to lead the trade or public or individuals to believe that any item or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Coach, when such in fact is not true;

6. engaging in any other activity constituting an infringement of any of Coach's trademarks, service marks, and/or copyrights, or of Coach's rights in, or right to use or to exploit those

    trademarks, service marks, and/or copyrights or constituting any dilution of Coach's name, reputation, or goodwill; and

7.    knowingly assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the paragraphs above.

Signed at Houston, Texas on October 17, 2017.

_____
Gray H. Miller
United States District Judge